IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **PAMELA LEE LANE** | ) | **Case No:   2:14-cv-02391-AC** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **STIPULATIONAND** |
| | ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** | ) | **TIME TO FILE SUMMARY** |
| | ) | **JUDGEMENT MOTION** |
| **v.** | ) | |
| | ) | |
| **COMMISSIONER OF SSA** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from March 23, 2015, to April 23, 2015, with all other deadlines extended accordingly.  This extension is required due to counsel's unexpected need to be out of the office.

/ / / /

/ / / /

/ / / /

Dated: March 17, 2015                    */s/Bess M. Brewer*
                                         BESS M. BREWER
                                         Attorney at Law

                                         Attorney for Plaintiff

Dated: March 17, 2015                    Benjamin B. Wagner
                                         United States Attorney

                                         Donna L. Calvert
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                                         /s/ Sharon Lahey

                                         SHARON LAHEY
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED.

DATED: March 19, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE