UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LEE LANE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>    Defendant. | CIVIL NO. 2:14-CV-02391-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between Pamela Lee Lane (Plaintiff) and Defendant Commissioner of Social Security Carolyn W. Colvin (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions thereto. The new deadline will be June 25, 2015. This is the first extension of time requested by Defendant and the second extension of time requested in the above-captioned matter. Defense counsel requests this extension of time because she was unexpectedly out of the office on medical leave for one week and requires additional time to

adequately address the issues Plaintiff raises in her motion.  The parties have further agreed that, with the Court's approval, the case management order be modified accordingly.

Respectfully submitted,

LAW OFFICE OF BESS M. BREWER

Dated:  May 21, 2014             /s/ *Bess M. Brewer*
BESS M. BREWER
(As authorized via e-mail on May 21, 2015)

Attorney for Plaintiff

Dated:  May 21, 2014             BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVETRT
Regional Chief Counsel, Region IX
Social Security Administration

By:      /s/  *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.  Defendant shall file her response to Plaintiff's Motion for Summary Judgment on or before June 25, 2015.

DATE:  May 29, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2