1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

13
14
15
16
17
18

| | |
|---|---|
| PAMELA LEE LANE, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner Of Social Security, <br><br> Defendant. | ) CIVIL NO. 2:14-CV-02391-AC <br> ) <br> ) **STIPULATION AND ORDER FOR** <br> ) **EXTENSION OF TIME FOR** <br> ) **DEFENDANT TO RESPOND TO** <br> ) **PLAINTIFF'S MOTION FOR** <br> ) **SUMMARY JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) |

19
20

IT IS HEREBY STIPULATED, by and between Pamela Lee Lane (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of 14 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions thereto. The current deadline is June 25, 2015. The new deadline will be July 9, 2015. This is the second extension of time requested by Defendant, and the third extension of time requested in the above-captioned matter. Defense counsel requests this additional time because, in addition to 9 previously calendared dispositive briefs, defense counsel has had unanticipated oral argument and briefing before the district courts over the past 2 weeks. As a

STIPULATION & ORDER (CIVIL NO. 2:14-CV-02391-AC)

result, defense counsel requires additional time to adequately address the issues Plaintiff raises in her motion for summary judgment.  The parties further agree that the Court's case management order shall be modified accordingly

                                          Respectfully submitted,

                                          LAW OFFICE OF BESS M. BREWER

Dated:  June 24, 2015                  /s/ *Bess M. Brewer*
                                          BESS M. BREWER
                                          (As authorized via e-mail on June 24, 2015)

                                          Attorney for Plaintiff

Dated:  June 24, 2015                  BENJAMIN B. WAGNER
                                          United States Attorney
                                          DONNA L. CALVETRT
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                             By:    /s/  *Sharon Lahey*
                                          SHARON LAHEY
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

## ORDER

    Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.  Defendant shall file her response to Plaintiff's Motion for Summary Judgment on or before July 9, 2015.  Plaintiff shall file any reply within 21 days from service of Defendant's response.

DATE:  June 25, 2015

                                          */s/ Allison Claire*
                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION & ORDER (CIVIL NO. 2:14-CV-02391-AC)